IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN MALDONADO

    Plaintiff,

v.                                                                    Civ. No. 19-1132 KG-KBM

MICHAEL MEDINA,
KERRI CLARK,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE